IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELECTO ECHEVARRIA,

    Petitioner,

v.                                                CASE NO. 5:15-cv-00259-MP-CAS

SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 14, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2.     This case shall be transferred to the United States District Court for the Southern District of Florida for all further proceedings.

**DONE AND ORDERED** this   2nd   day of December, 2015

                                              *s/Maurice M. Paul*
                                         Maurice M. Paul, Senior District Judge